# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough

Initial Appearance

| Case Number: | 20-MJ-1001 | UNITED STATES vs. GUTIERREZ | |
|---|---|---|---|
| Hearing Date: | 3/31/2020 | Time In and Out: | 12:05 pm – 12:08 pm & 12:36 pm – 12:42 pm |
| Courtroom Deputy: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Joshua Gutierrez | Defendant's Counsel: | Alejandro Fernandez for this hearing only |
| AUSA: | Jon Stanford | Pretrial/Probation: | A. Galaz |
| Interpreter: | | Witness: | |

## Initial Appearance

| | | | |
|---|---|---|---|
| ☒ | Defendant received a copy of charging document | | |
| ☒ | Court advises defendant(s) of possible penalties and all constitutional rights | | |
| ☒ | Defendant wants Court appointed counsel | | |
| ☒ | Government moves to detain | ☐ | Government does not recommend detention |
| ☒ | Set for Preliminary/Detention Hearing | on Thursday, April 02, 2020 | @ 9:40 am |

## Preliminary/Show Cause/Identity

| | | | |
|---|---|---|---|
| ☐ | Defendant | | |
| ☐ | Court finds probable cause | ☐ | Court does not find probable cause |

## Detention

| | |
|---|---|
| ☐ | Defendant waives Detention Hearing |
| ☐ | |

## Custody Status

| | | |
|---|---|---|
| ☒ | Defendant detained pending hearing | |
| ☐ | Conditions | |

## Other

| | |
|---|---|
| ☐ | Matter referred to        for Final Revocation Hearing |
| ☐ | |