**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

JUL 2 4 2020

KHS

MITCHELL R. ELFERS
CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                           No.:  20-MJ-1001

JOSHUA GUTIERREZ,

        Defendant.

### ORDER GRANTING MOTION TO EXTEND GRAND JURY

### PRESENTMENT

THIS MATTER, having come before the Court on Defendant's Unopposed

Motion to Extend Grand Jury Presentment, and there being good cause shown by the

Defendant and there being no objection by the government, the Court finds this

Motion is well taken and should be granted.

IT IS HEREBY ORDERED that the Grand Jury deadline in this matter is

extended an additional sixty (60) days or until October 30, 2020.

                              _____
                          UNITED STATES MAGISTRATE JUDGE

Submitted by:

Sylvia A. Baiz, AFPD
Counsel for Defendant Joshua Gutierrez